PROB 34
(1/92)

ORIGINAL

Report and Order Terminating Probation/
Supervised Release

# United States District Court
## FOR THE
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 13 2007

at 3 o'clock and 20 min. P.M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

ABRAHAM LEVI, JR.

Criminal No. CR 02-00093DAE-01

    It appearing that the above named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on 9/2/07, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

*[signature]*

ROBIN L. DeMELLO
Senior U.S. Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 12th day of September, 2007.

*[signature]*

DAVID ALAN EZRA
U.S. District Judge